Filed: 2/27/2026 8:41 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO.: |

| | |
|---|---|
| SABRINA KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AMERISTAR CASINO EAST CHICAGO, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

NOW COMES the Plaintiff, Sabrina King ("Plaintiff"), by and through her attorney,

THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and in her Complaint for

Damages against the Defendant, Ameristar Casino East Chicago, LLC ("Defendant"), states as

follows:

1.     Plaintiff, Sabrina King, was at all times relevant to this Complaint a resident of the

City of Valpariso, County of Porter, State of Indiana.

2.     Defendant, Ameristar Casino East Chicago, LLC, was at all times relevant to this

Complaint a domestic limited liability company, with a principal office located at 825 Berkshire

Blvd, Wyomissing, PA, 19610, USA and authorized to conduct business in the State of Indiana.

3.     At all times relevant to this Complaint, Defendant Ameristar Casino East Chicago,

LLC owned, operated, managed, and controlled a casino, known as Ameristar Casino East

Chicago and located at 777 Aldis Ave, in the City of East Chicago, State of Indiana, 46312 (the

"Premises.").

4.     On or about March 2, 2024, Plaintiff, Sabrina King, was a guest and invitee at the

**Exhibit A**

USDC IN/ND case 2:26-cv-00151    document 1-2    filed 04/07/26    page 2 of 4

Defendant's Premises casino, Ameristar Casino East Chicago, located at 777 Aldis Ave, in the City of East Chicago.

5.      While lawfully on the subject Premises, the Plaintiff, Sabrina King, was struck in the eye by a hazardously flying roulette ball, which had come free from its wheel, due to defective and hazardous conditions of the ball itself, the roulette wheel, and/or the unsafe speed used by Defendant's agent roulette dealer.

6.      At the time of the incident, Defendant, by or through its agents and/or employees, exercised control of all areas of the premises, the roulette equipment, and the roulette game itself.

7.      Defendant owed Plaintiff, Sabrina King, a duty to exercise reasonable care to eliminate dangers and defects in those areas of the Premises commonly used by Plaintiff.

8.      Defendant further owed Plaintiff, Sabrina King, a duty to exercise reasonable care in the operation of the casino games at its Premises, including the duty to operate those games in a safe manner to avoid causing injury to the public (like the Plaintiff, Sabrina King).

9.      The Defendant was also required to exercise reasonable and ordinary care under all circumstances and operation of its business, including making reasonable efforts within the industry to hire, train, retain, and supervise employees.

10.    Defendant knew or should have known of the risks involved should casino games like roulette not be properly serviced, supervised, maintained, and monitored.  Keeping games in a faulty and hazardous nature and condition created an unreasonable risk of harm to Defendant's business invitees or licensees, including but not limited to Plaintiff, Sabrina King.

11.    At all times alleged herein, Plaintiff, Sabrina King, exercised ordinary care for her own safety and was not at fault for this incident.

12.    At the time of the incident, Defendant was at fault for the incident in this matter.

13. At the time of the incident at the Premises, Defendant was careless and negligent in, but not limited to, the following ways:

     a. Defendant failed to properly service, inspect, and maintain the equipment and roulette casino game in a safe manner;

     b. Defendant failed to properly hire, train, or otherwise supervise its employees, making it vicariously liable for the tortious conduct of its employees under the Doctrine of Respondeat Superior;

     c. Defendant carelessly and negligently failed to maintain the areas commonly utilized by its business invitees on the Premises in a reasonably safe condition;

     d. Defendant carelessly and negligently failed to correct the unsafe condition on the Premises where Plaintiff was injured;

     e. Defendant carelessly and negligently failed to inspect the dangerous condition existing at the Premises;

     f. Defendant carelessly and negligently failed to warn persons, including Plaintiff, Sabrina King, of the dangerous and hazardous conditions of the premises where Plaintiff was injured; and

     g. Any and all other breaches by Defendant of the reasonable standard of care to prevent the aforementioned injury on the premises.

14. As a direct and proximate result of Defendant's carelessness, negligence and breach of duty, Plaintiff, Sabrina King, has experienced pain, suffering, and mental anguish and she will continue to experience pain, suffering, and mental anguish into the future.

15. The failure of Defendant to exercise reasonable care was a proximate cause of the

injuries and loss suffered by Plaintiff, Sabrina King.

WHEREFORE, Plaintiff, Sabrina King, prays for damages against Defendant, Ameristar Casino East Chicago, LLC, in an amount as she shall prove at trial plus costs and any other relief the Court deems just or equitable.

Respectfully submitted,

_____
Kellie C. Clark, #30999-29
Attorney for Plaintiff

McCready, Garcia, & Leet, P.C.
8200 Haverstick Rd.
Floor 2, Suite 210
Indianapolis, IN 46240
t: (773) 779-9885
f: (773)779-9190
service@mccreadylaw.com

## JURY DEMAND

Plaintiff hereby demands trial by jury on all claims.

Respectfully submitted,

_____
Kellie C. Clark, #30999-29
Attorney for Plaintiff

McCready, Garcia, & Leet, P.C.
8200 Haverstick Rd.
Floor 2, Suite 210
Indianapolis, IN 46240
t: (773) 779-9885
f: (773)779-9190
service@mccreadylaw.com